UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")    Master File No. 1:00-01898
Products Liability Litigation                   MDL 1358 (SAS)
                                                (M21-88)

**This Document Relates to:  All Cases**

### ORDER ADMITTING COUNSEL *PRO HAC VICE*

The Court has considered the unopposed request of Defendant TOTAL PETROCHEMICALS USA, INC. to admit *pro hac vice* Eduardo S. Pérez, Amy E. Parker, and Julie K. Huff, of Bracewell & Giuliani LLP, and the request is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Eduardo S. Pérez, Amy E. Parker, and Julie K. Huff are hereby admitted to practice before the Court *pro hac vice* on behalf of the above named Defendant in these civil actions upon the deposit of the required $25.00 fee per applicant to the Clerk of the Court.

DATED: Feb. 5, 2008

_____
The Honorable Shira A. Scheindlin
United States District Judge